**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

STACEY M.,

                Plaintiff,

    v.                             3:18-CV-1014
                                    (DJS)

COMM'R OF SOC. SEC.,

                Defendant.

_____

**APPEARANCES:**                **OF COUNSEL:**

LACHMAN & GORTON         PETER A. GORTON, ESQ.
Attorney for Plaintiff
1500 East Main Street
P.O. Box 89
Endicott, New York 13761-0089

U.S. SOCIAL SECURITY ADMIN.   HEETANO SHAMSOONDAR, ESQ.
OFFICE OF REG'L GEN. COUNSEL
REGION II
Counsel for Defendant
26 Federal Plaza - Room 3904
New York, NY 10278

**DANIEL J. STEWART
United States Magistrate Judge**

### ORDER[1]

    This action was commenced on August 23, 2018. Dkt. No. 1. The Administrative Record, which pursuant to General Order 18 constitutes Defendant's

---

[1] Upon Plaintiff's consent, the United States' general consent, and in accordance with this District's General Order 18, this matter has been referred to the undersigned to exercise full jurisdiction pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. *See* Dkt. No. 4 & General Order 18.

Answer, was filed on December 26, 2018. Dkt. No. 6. On March 8, 2019, Plaintiff filed a request to withdraw this action against the Commissioner of Social Security ("Defendant"). Dkt. No. 9. By letter dated May 15, 2019, Defendant consented to withdrawal of the action. Dkt. No. 11. Under FED. R. CIV. P. 41(a), once an answer has been filed, dismissal can be made only by Court order. Given Plaintiff's expressed request to withdraw the action and Defendant's consent, the Court finds that dismissal under Rule 41 is appropriate.

**ACCORDINGLY**, it is

**ORDERED**, that Plaintiff's Complaint is **DISMISSED** pursuant to FED. R. CIV. P. 41(a)(2); and it is further

**ORDERED,** that the Clerk of the Court shall serve copies of this on the parties to this action.

Dated: May 23, 2019
      Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge